MANCHESTER PRINT WORKS v. JOHN J. STIMSON & RUFUS WATERMAN, RECEIVERS OF THE ROGER WILLIAMS FOUNDRY AND MACHINE COMPANY, AND AMANDA HUNT.

On a bill of interpleader, the plaintiff is entitled to his costs up to the coming in of the answers; and as between the defendants, the prevailing party is entitled to costs.

THIS was a bill of interpleader, in which the plaintiffs admitted the sum of $746 to be in their hands, and set forth that the defendants, Stimson and Waterman, had commenced a suit in equity, to recover that sum, as the receivers of the Roger Williams Foundry & Machine Company, and that the other defendant, Amanda Hunt, had commenced a suit for the same at law; and prayed that the said defendants might be compelled to come in and interplead. The suit was answered by the defendants, and, after a decision in favor of Amanda Hunt, the question arose as to the rule of costs in such a cause.

THE COURT held that the plaintiffs were entitled to their costs up to the time of the coming in of the answers, when they might retire from the case, leaving it to be contested between the parties defendant ; that from that time the case was in the nature of a suit between the defendants, as adverse parties, and the party prevailing was entitled to his costs against the other.